

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adonis Constantinovicie | Civil Action No. 25CV2405-RBM-AHG |
| **Plaintiff,** | |
| V. | |
| Pamela Bondi, Attorney General; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted pursuant to 8 USC 2241.

Date:   10/10/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen
J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25CV2405-RBM-AHG

Plaintiff

Adonis Constantinovici

v.

Defendant

Pamela Bondi, Attorney General; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration & Customs Enforcement; Marcos Charles, Acting Executive Associate Director for Enforcement and Removal Operations; Patrick Divver, Field Office Director for Enforcement and Removal Operations; U.S. Immigration & Customs Enforcement; Christopher J. LaRose, Warden of Otay Mesa Detention Center